

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Evans Resources, L.P.; Evans I, Ltd.;          * From the 238th District Court
Evans I Development, Ltd.; Michael             of Midland County,
Scott Evans and Rose Elaine Evans              Trial Court No. CV51984.
Shock, as Independent Co-Executor
and Co-Executrix of the Estate of
Gloria A. Evans, deceased; Jonathan J.
Evans; and Mockingbird Oil & Gas L.P.,

Vs. No. 11-24-00107-CV                         * October 23, 2025

Diamondback E&P, LLC and                       * Opinion by Williams, J.
Diamondback O&G, LLC,                            (Panel consists of: Bailey, C.J.,
                                                 Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Evans Resources, L.P.; Evans I, Ltd.; Evans I Development, Ltd.; Michael Scott Evans and Rose Elaine Evans Shock, as Independent Co-Executor and Co-Executrix of the Estate of Gloria A. Evans, deceased; Jonathan J. Evans; and Mockingbird Oil & Gas L.P.